**Appeal Dismissed and Memorandum Opinion filed July 28, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-22-00323-CV**

---

**T&H INTERNATIONAL GROUP, INC., NZY FARM WORLD, INC., AND JIANPING NI, Appellants**

**V.**

**EAST WEST BANK, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-78251**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed March 20, 2022. The notice of appeal was filed May 3, 2022. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs). Moreover, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the

court appellants did not make arrangements to pay for the record.

On May 16, 2022, appellants were instructed to pay the appellate filing fee on or before May 26, 2022 or the appeal may be dismissed. In addition, on May 20, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellants did not provide any response to any of those notices.

On June 14, 2022, appellants were ordered to pay the filing fee and demonstrate they had made arrangements to pay for the clerk's record on or before June 24, 2022. In the order, the court notified appellants that failure to comply with either of those requirements would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellants have not paid the appellate filing fee, they have not provided this court with proof of payment for the record, nor have they otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.